**Order filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00663-CV
_____

**RICK BATY, Appellant**

**V.**

**BOWEN, MICLETTE & BRITT, INC., Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2007-38177**

## O R D E R

The reporter's record in this case was due September 27, 2011. *See* Tex. R. App. P. 35.1. As of this date, **Katherine Chargaris** has not filed her portion of the reporter's record. The court has not received a request to extend time for filing the record. We therefore issue the following order.

We order **Katherine Chargaris** to file her portion of the reporter's record in this appeal **on or before December 8, 2011.**

PER CURIAM